1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

### EASTERN DISTRICT OF CALIFORNIA

8
9

STEVEN HUTCHESON,

Case No.  1:16-cv-00366-SKO

10

Plaintiff,

**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

11

v.

12

(Doc. 2)

CAROLYN W. COLVIN,

13

Acting Commissioner of Social Security,

14

Defendant.

15

_____/

16
17

        Plaintiff Steven Hutcheson ("Plaintiff") filed a complaint on March 16, 2016, along with

18

an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.    (Docs. 1, 2.)

19

Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

20

        Accordingly, IT IS HEREBY ORDERED that:

        1.    Plaintiff's application to proceed *in forma pauperis* is GRANTED;

21

        2.    The Clerk of Court is DIRECTED to issue a summons; and

22
23

        3.    The United States Marshal is DIRECTED to serve a copy of the complaint,

                summons, and this order upon the defendant as directed by the plaintiff.

24
25

IT IS SO ORDERED.

26

Dated:   **March 17, 2016**                          **/s/ Sheila K. Oberto**

27

                                         UNITED STATES MAGISTRATE JUDGE

28