Lawrence D. Rohlfing
Attorney at Law: 119433
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
STEVEN DEAN HUTCHESON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DEAN HUTCHESON, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, Acting Commissioner of Social Security. <br><br> Defendant. | Case No.: 1:16-cv-00366-SKO <br><br> STIPULATION TO EXTEND TIME TO FILE OPENING BRIEF; ORDER <br><br> (FIRST REQUEST) |

Plaintiff Steven Dean Hutcheson and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 28 days from November 1, 2016 to December 1, 2016 for Plaintiff to file the opening brief, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. Since losing an associate this summer, counsel has covered and

-1-

spread that caseload, tried to hire a replacement associate, and is now training an individual awaiting bar results.  In the past three work days, counsel has filed two dispositive briefs in the district courts and one brief to the court of appeals.

DATE: November 2, 2016     Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Lawrence D. Rohlfing*

BY: _____
Lawrence D. Rohlfing
Attorney for plaintiff Mr. Steven Dean Hutcheson

DATE:  November 2, 2016     PHILLIP A. TALBET
United States Attorney

/s/ *Sundeep Patel*

BY: _____
Sundeep Patel
Special Assistant United States Attorney
Attorneys for defendant Carolyn W. Colvin
|*authorized by e-mail|

### **ORDER**

Based upon the above stipulation of the parties, and good cause shown, IT IS HEREBY ORDERED that Plaintiff shall have a first extension of time of twenty-eight (28) days, up to and including December 1, 2016, to file his Opening Brief. All other deadlines set forth in the Scheduling Order (Doc. 5) are modified accordingly.

IT IS SO ORDERED.

Dated:   **November 4, 2016**                    /s/ *Sheila K. Oberto*
                                                UNITED STATES MAGISTRATE JUDGE