UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| STEVEN DEAN HUTCHESON, ) | Case No.: 1:16-cv-00366-SKO |
| ) | |
| Plaintiff, ) | **ORDER EXTENDING BRIEFING** |
| ) | **SCHEDULE** |
| vs. ) | |
| ) | |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

Pursuant to the Parties' Stipulation for Extension of Time, (Doc. 22), the Court ORDERS that Defendant may file her responsive brief to Plaintiff's Opening Brief by no later than February 20, 2017.  The Court further ORDERS that Plaintiff may then file a reply brief by no later than March 10, 2017.

IT IS SO ORDERED.

Dated: __**December 29, 2016**__                    /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE

1